# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. PUCKETT, | CV F  05-00447 REC SMS PC |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE CASES TO REFLECT REGULAR CIVIL CASE BY REMOVING "P" FROM CASE NUMBER |
| JONES, et. al., | |
| Defendants. | |

On April 6, 2005, Joseph E. Puckett ("Plaintiff") filed the complaint upon which this action proceeds. The action was designated as one involving a prisoner litigating the conditions of his confinement and assigned a "P" to the case number. However, upon further review by the Court, it has been determined that the present action does not involve prison conditions of confinement. Plaintiff, a state prisoner, is seeking monetary damages against Judge Jones, Judge Kapetan and the Office of the District Attorney, for the alleged violation of his rights during the course of state criminal proceedings.

1    Based on the foregoing, the Clerk of the Court is HEREBY DIRECTED to change the
2 designation of the present case to reflect that of a regular civil action by removing the "P" from
3 the case number.[1]

6  IT IS SO ORDERED.

7  **Dated:    April 25, 2005**                    **/s/ Sandra M. Snyder**
   icido3                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has not ruled on the pending Application to Proceed In Forma Pauperis. (Doc. 3.)

2