UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JOSEPH PUCKETT,                    ) 1: 05-CV-00447-REC-SMS
            Plaintiff,             )
                                   ) ORDER GRANTING PLAINTIFF'S
                                   ) REQUEST FOR A THIRTY-DAY
     v.                            ) EXTENSION OF TIME WITHIN WHICH TO
                                   ) FILE OBJECTIONS (DOC. 13)
JUDGE JONES, et al.,               )
                                   )
            Defendants.            )
                                   )
_____)
```

   Plaintiff is a federal prisoner proceeding pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On May 27, 2005, the Court filed findings and a recommendation that the action be dismissed for failure to state a claim; the findings and recommendations were served on Plaintiff and granted Plaintiff thirty days within which to file objections.

   Plaintiff states that the Court granted him only ten days to file objections. However, this is not true; the Court granted Plaintiff thirty days within which to file objections. Plaintiff has not stated facts warranting an extension of time.

1

Nevertheless, in view of Plaintiff's apparent misunderstanding, IT IS ORDERED that Plaintiff's request for an extension of time IS GRANTED. Plaintiff SHALL FILE objections no later than thirty days after the date of service of this order. Plaintiff IS INFORMED that no further extension of time will be granted absent a showing of facts warranting an extension. The Court cannot delay the progress of this action indefinitely pending the filing of objections to the findings and recommendations. A failure to file timely objections will result in the findings and recommendation being considered by the district judge without any objections.

IT IS SO ORDERED.

**Dated:    June 23, 2005                       /s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE