1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED  STATES  DISTRICT  COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH PUCKETT,                    ) 1: 05-CV-00447-REC-SMS
                Plaintiff,         )
                                   ) ORDER ADOPTING FINDINGS AND
                                   ) RECOMMENDATIONS TO DISMISS ACTION
      v.                           ) WITH PREJUDICE FOR FAILURE TO
                                   ) STATE A CLAIM UPON WHICH RELIEF
JUDGE JONES, et al.,               ) MAY BE GRANTED (DOC. 11)
                                   )
                Defendants.        ) ORDER DISMISSING THE ACTION AND
                                   ) DIRECTING THE CLERK ENTER
_____    ) JUDGMENT FOR DEFENDANTS

     Plaintiff is proceeding pro se with this action; when the

initial complaint was filed, Plaintiff was a federal prisoner.

The matter was referred to a United States Magistrate Judge

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On May 27, 2005, the Court filed findings and a

recommendation to dismiss the action with prejudice for

Plaintiff's failure to state a claim upon which relief should be

granted. The findings and recommendation were served on Plaintiff

by mail on the same date and contained notice that any objections

to the findings and recommendations were to be filed within

thirty (30) days of the date of service of the order. On June 6,

2005, the findings and recommendation were returned with the

notation that Plaintiff was out of custody. The findings and recommendation were reserved on June 9, 2005, on Plaintiff at the out-of-custody address listed on the docket. On June 17, 2005, Plaintiff requested an extension of time to file objections; a thirty-day extension of time was granted on June 24, 2005, and the order granting the extension was served on the same date. Thirty days after the date of service of the order have passed, and no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed May 27, 2005, are ADOPTED IN FULL; and

2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court IS DIRECTED to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  August 3, 2005**          **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE